IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GLENDA JACQUELINE PRADO, :
    Plaintiff, :
v. : Case No. 3:16-cv-320
PAT MAZEIKA, *et al.*, : JUDGE WALTER H. RICE
    Defendants. :

---

DECISION AND ENTRY TENTATIVELY SUSTAINING WITHOUT PREJUDICE DEFENDANTS' MOTION IN LIMINE REGARDING EXHIBITS NOT PREVIOUSLY PRODUCED (DOC. #88)

---

Defendants, Greene County, Ohio, Board of Commissioners and Greene County, Ohio (collectively referred to as "Greene County"), have filed a motion *in limine* regarding certain exhibits not previously produced in discovery by Plaintiff, Glenda Jacqueline Prado ("Prado"). These exhibits, which are listed in Greene County's motion, were allegedly recently disclosed by Prado at the time of the parties' Joint Pretrial Statement. Doc. #88, PAGEID##1104-1105.

The Court, having reviewed Greene County's motion, tentatively SUSTAINS same without prejudice to further review and consideration by Magistrate Judge Ovington prior to the start of trial on March 11, 2019.

Date: March 5, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE